ELYSIAN, INC. AND CUSACHS FAMILY COLLECTION, L.L.C.     *     NO. 2020-CA-0674

VERSUS     *     COURT OF APPEAL

     *     FOURTH CIRCUIT

NEAL AUCTION COMPANY, INC., PHILIP B. ALFORD, JOHN J. BOOTH, CELESTE W. LINGLE, AND JOHN DOE INSURANCE COMPANY     *     STATE OF LOUISIANA

     *

     *

* * * * * * *

CONSOLIDATED WITH:

ELYSIAN, INC. AND CUSACHS FAMILY COLLECTION, L.L.C.

VERSUS

NEAL AUCTION COMPANY, INC., PHILIP B. ALFORD, JOHN J. BOOTH, CELESTE W. LINGLE, AND JOHN DOE INSURANCE COMPANY

CONSOLIDATED WITH:

NO. 2020-CA-0675

PAB  BROWN, J., CONCURS IN THE RESULT